JEFFREY D. WOHL (Cal. State Bar No. 096838)
RYAN D. DERRY (Cal. State Bar No. 244337)
ANNA M. SKAGGS (Cal. State Bar No. 319179)
JEFFREY G. BRIGGS (Cal. State Bar No. 323790)
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California 94111
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
jeffwohl@paulhastings.com
ryanderry@paulhastings.com
annaskaggs@paulhastings.com
jeffreybriggs@paulhastings.com

Attorneys for Defendant Target Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARIAH D. THOMAS, on behalf of herself, all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a Minnesota corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | No. 4:19-cv-01131-HSG<br><br>**ORDER GRANTING DEFENDANT TARGET CORPORATION'S ADMINISTRATIVE MOTION TO RESCHEDULE THE HEARING ON TARGET'S MOTION TO TRANSFER VENUE OR PLAINTIFF'S MOTION TO REMAND SO THAT BOTH MOTIONS MAY BE HEARD AT THE SAME TIME**<br><br>Courtroom: 2, 1301 Clay Street, 4th Floor Oakland<br>Judge: Hon. Haywood S. Gilliam Jr |

On the administrative motion of defendant Target Corporation ("Target"), and good cause appearing therefor,

IT IS ORDERED that the hearing on Target's motion to transfer venue (ECF 25), currently set for August 22, 2019 at 2:00 p.m., is hereby advanced to June 20, 2019 at 2:00 p.m.

Dated: April 15, 2019.

_____
Haywood S. Gilliam, Jr.
United States District Judge