1  *(Counsel listed on next page)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARIAH D. THOMAS, on behalf of herself, all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a Minnesota corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | No. 4:19-cv-01131-HSG<br><br>**ORDER GRANTING JOINT STIPULATION FOR ORDER VACATING 06/20/19 HEARING AND INITIAL CASE MANAGEMENT CONFERENCE AND SETTING 06/06/19 DEADLINE FOR STIPULATION OR MOTION FOR FINAL JUDGMENT**<br><br>Courtroom: 2, 1301 Clay Street, 4th Floor Oakland<br>Judge: Hon. Haywood S. Gilliam Jr. |

| | |
|---|---|
| 1 | SHAUN SETAREH  (Cal. State Bar No. 204514) |
|   | WILLIAM M. PAO  (Cal State Bar No. 219846) |
| 2 | SETAREH LAW GROUP |
|   | 315 South Beverly Drive, Suite 315 |
| 3 | Beverly Hills, California 90212 |
|   | Telephone:  (310) 888-7771 |
| 4 | Facsimile:  (310) 888-0109 |
|   | shaun@setarehlaw.com |
| 5 | william@setarehlaw.com |

Attorneys for Plaintiff Mariah D. Thomas

JEFFREY D. WOHL  (Cal. State Bar No. 096838)
RYAN D. DERRY  (Cal. State Bar No. 244337)
ANNA M. SKAGGS  (Cal. State Bar No. 319179)
JEFFREY G. BRIGGS  (Cal. State Bar No. 323790)
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California  94111
Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100
jeffwohl@paulhastings.com
ryanderry@paulhastings.com
annaskaggs@paulhastings.com
jeffreybriggs@paulhastings.com

Attorneys for Defendant Target Corporation

On the stipulation of plaintiff Mariah Thomas and defendant Target Corporation ("Target"), and good cause appearing therefor,

IT IS ORDERED:

1. Plaintiff's motion to remand (ECF 21) is moot.
2. Target's motion to transfer venue (ECF 25) is moot.
3. The hearing and initial case management conference scheduled for June 20, 2019 are vacated.
4. That by June 6, 2019, either (i) the parties will file with the Court a stipulation and proposed order for the entry of final judgment, including an award to plaintiff of attorneys' fees and costs pursuant to the accepted Rule 68 offer, or (ii) plaintiff will file with the Court a motion for entry of final judgment, including an award to plaintiff of attorneys' fees and costs pursuant to the accepted Rule 68 offer.

IT IS SO ORDERED.

Dated: April 24, 2019.

_____
Haywood S. Gilliam, Jr.
United States District Judge