1  *(Counsel listed on next page)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARIAH D. THOMAS, on behalf of herself, all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a Minnesota corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | No. 4:19-cv-01131-HSG<br><br>**JOINT STIPULATION FOR ENTRY OF FINAL JUDGMENT**<br><br>Courtroom: 2, 1301 Clay Street, 4th Floor Oakland<br>Judge: Hon. Haywood S. Gilliam, Jr. |

| | |
|---|---|
| 1 | SHAUN SETAREH (Cal. State Bar No. 204514) |
| | WILLIAM M. PAO (Cal State Bar No. 219846) |
| 2 | SETAREH LAW GROUP |
| | 315 South Beverly Drive, Suite 315 |
| 3 | Beverly Hills, California 90212 |
| | Telephone:  (310) 888-7771 |
| 4 | Facsimile:  (310) 888-0109 |
| | shaun@setarehlaw.com |
| 5 | william@setarehlaw.com |
| 6 | Attorneys for Plaintiff Mariah D. Thomas |
| 7 | JEFFREY D. WOHL (Cal. State Bar No. 096838) |
| | RYAN D. DERRY (Cal. State Bar No. 244337) |
| 8 | ANNA M. SKAGGS (Cal. State Bar No. 319179) |
| | JEFFREY G. BRIGGS (Cal. State Bar No. 323790) |
| 9 | PAUL HASTINGS LLP |
| | 101 California Street, 48th Floor |
| 10 | San Francisco, California  94111 |
| | Telephone:  (415) 856-7000 |
| 11 | Facsimile:  (415) 856-7100 |
| | jeffwohl@paulhastings.com |
| 12 | ryanderry@paulhastings.com |
| | annaskaggs@paulhastings.com |
| 13 | jeffreybriggs@paulhastings.com |
| 14 | Attorneys for Defendant Target Corporation |

Plaintiff Mariah Thomas and defendant Target Corporation ("Target"), acting through their respective counsel of record, hereby stipulate and respectfully request of the Court as follows:

1. This putative wage-and-hour class action was brought on January 29, 2019.

2. On April 2, 2019, Target extended to plaintiff an offer of judgment under Rule 68, Federal Rules of Civil Procedure. (ECF 31, Exh. A.) On April 16, 2019, plaintiff accepted the Rule 68 offer. (ECF 31, Exh. B.) On April 23, 2019, the parties filed with the Court copies of both the Rule 68 offer and acceptance. (ECF 31.) Pursuant to the Rule 68 offer, the issues of attorneys' fees and costs remained to be decided.

3. After meet-and-confer efforts provided unsuccessful, on June 7, 2019, plaintiff filed a motion for entry of judgment and an award of attorneys' fees and costs. (ECF 36.)

4. Thereafter, the parties further conferred and agreed plaintiff may be awarded $34,199.64 in attorneys' fees and costs.

5. Accordingly, the parties stipulate and respectfully request that the Court enter final judgment in this matter pursuant to the accepted Rule 68 offer, including an award to plaintiff of $34,199.64 in attorneys' fees and costs, and dismiss this action with prejudice, in the form accompanying this joint stipulation.

Dated: June 18, 2019.

SHAUN SETAREH
WILLIAM M. PAO
SETAREH LAW GROUP


By: ___/s/ Shaun Setareh___
Shaun Setareh
Attorneys for Plaintiff Mariah Thomas

Dated: June 18, 2019.

JEFFREY D. WOHL
RYAN D. DERRY
ANNA M. SKAGGS
JEFFREY G. BRIGGS
PAUL HASTINGS LLP


By: ___/s/ Jeffrey D. Wohl___
Jeffrey D. Wohl
Attorneys for Defendant Target Corporation

**Attestation Pursuant to Local Civil Rule 5-1(i)(3)**

Pursuant to Local Civil Rule 5-1(i)(3), I attest that concurrence in the filing of the document has been obtained from all signatories to this filing.  I declare under penalty of perjury that the foregoing is true and correct.

Dated:  June 18, 2019.

　　　　　　　　　　　　　　　　　　　　　*/s/ Jeffrey D. Wohl*
　　　　　　　　　　　　　　　　　　　　　　　　Jeffrey D. Wohl