*(Counsel listed on next page)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARIAH D. THOMAS, on behalf of herself, all others similarly situated,<br><br>                 Plaintiff,<br><br>   vs.<br><br>TARGET CORPORATION, a Minnesota corporation; and DOES 1 through 50, inclusive,<br><br>             Defendants. | No. 4:19-cv-01131-HSG<br><br>~~[PROPOSED]~~ **FINAL JUDGMENT**<br><br>Courtroom:  2, 1301 Clay Street, 4th Floor<br>               Oakland<br>Judge:     Hon. Haywood S. Gilliam, Jr. |

1   SHAUN SETAREH  (Cal. State Bar No. 204514)
    WILLIAM M. PAO  (Cal State Bar No. 219846)
2   SETAREH LAW GROUP
    315 South Beverly Drive, Suite 315
3   Beverly Hills, California 90212
    Telephone:  (310) 888-7771
4   Facsimile:  (310) 888-0109
    shaun@setarehlaw.com
5   william@setarehlaw.com

6   Attorneys for Plaintiff Mariah D. Thomas

7   JEFFREY D. WOHL  (Cal. State Bar No. 096838)
    RYAN D. DERRY  (Cal. State Bar No. 244337)
8   ANNA M. SKAGGS  (Cal. State Bar No. 319179)
    JEFFREY G. BRIGGS  (Cal. State Bar No. 323790)
9   PAUL HASTINGS LLP
    101 California Street, 48th Floor
10  San Francisco, California  94111
    Telephone:  (415) 856-7000
11  Facsimile:  (415) 856-7100
    jeffwohl@paulhastings.com
12  ryanderry@paulhastings.com
    annaskaggs@paulhastings.com
13  jeffreybriggs@paulhastings.com

14  Attorneys for Defendant Target Corporation

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<br>

On the stipulation of plaintiff Mariah Thomas and defendant Target Corporation ("Target"), and good cause appearing therefor,

IT IS ORDERED, ADJUDICATED AND DECREED that, in accordance with the terms of the accepted offer made by Target to plaintiff under Rule 68, Federal Rules of Civil Procedure (ECF 31), judgment be granted in favor of plaintiff and against Target as follows:

1.    Target to pay plaintiff $3,750, less any applicable payroll tax deductions and withholdings, plus $34,199.64 in attorneys' fees and costs.

2.    The action is dismissed with prejudice, each side to bear its own costs and attorneys' fees except as provided above.

IT IS SO ORDERED.

Dated:  June __20__, 2019.

_____
Haywood S. Gilliam, Jr.
United States District Judge

LEGAL_US_W # 98766659.2